(104 So. 847)

### Ex parte Cam GRISSETT. (4 Div. 221.)

(Supreme Court of Alabama.   June 11, 1925.)

Certiorari to Court of Appeals.

Ballard & Brassell, of Troy, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Cam Grissett for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in the case of Grissett v. State, 20 Ala. App. 601, 104 So. 845.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

---

(104 So. 835)

### Ex parte Clarence BYNUM. (8 Div. 770.)

(Supreme Court of Alabama.   June 11, 1925.)

Certiorari to Court of Appeals.

G. O. Chenault, of Albany, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Clarence Bynum for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Bynum v. State, 20 Ala. App. 619, 104 So. 834. Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.